RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CATRIONA M. COPPLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-514-5153 (v)
202-514-6866 (f)
Catriona.M.Coppler@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:20-cv-12343<br>)<br>) |
| CLAUDIO MARCOS SILVA BICALHO,<br>297 Hillside Avenue<br>Long Branch, New Jersey 07740 | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

# COMPLAINT

Plaintiff, the United States of America, at the request and with the authorization of a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this civil action to collect the penalties assessed against Claudio Marcos Silva Bicalho under 31 U.S.C. § 5321(a)(5) for his non-willful failure to report his interest in foreign bank accounts for the 2012 through 2015 calendar years.  In support of this action, the United States alleges as follows:

1

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1335.

2. Venue properly lies in this district under 28 U.S.C. § 1391 because Defendant Claudio Marcos Silva Bicalho resides in Long Branch, New Jersey, which is within this district.

## PARTIES

3. The plaintiff is the United States of America.

4. Defendant Claudio Marcos Silva Bicalho is, upon information and belief, a resident of Monmouth County, which is within the jurisdiction of this Court.

## LEGAL BACKGROUND

5. All citizens and residents of the United States who have a financial interest in, or signatory or other authority over, a foreign financial account or accounts exceeding $10,000 at any time during a calendar year are required to file an annual report disclosing the existence of each account.  31 U.S.C. § 5314; 31 C.F.R. § 1010.350.

6. For the years at issue in this case, the annual report for a calendar year, known as the Report of Foreign Bank and Financial Accounts ("FBAR"), was due no later than June 30 of the year following the calendar year.  31 C.F.R. § 1010.306(c).

7. For calendar years 2012 and prior, a person met this reporting requirement by filing a Form TD-F 90-22.1, Report of Foreign Bank and Financial Accounts.  Beginning for calendar year 2013, a person met this reporting requirement by filing the Financial Crimes Enforcement Network ("FinCEN") Form 114.

8. Additionally, all persons who are required to file a Schedule B to their federal income tax returns ("Form 1040") are required to disclose whether, at any time during that tax

year, they had a financial interest in or signatory authority over a financial account located in a foreign country.

9. The failure to properly report an account through the filing of an FBAR in any calendar year when it is required is subject to a penalty not to exceed $10,000 for each non-willful violation of the FBAR filing requirements. 31 U.S.C. § 5321(a)(5)(B)(i).

**BICALHO FAILED TO TIMELY REPORT HIS INTEREST IN FOREIGN FINANCIAL ACCOUNTS**

10. Bicalho was born in Brazil in 1976.

11. While he resided in Brazil, Bicalho opened a financial account in Brazil with Itau Unibanco ("Unibanco").

12. Bicalho immigrated to the United States in 2004, and has resided full-time in the United States since then.

13. From 2012 through 2015, Bicalho maintained his financial account with Unibanco. The account consisted of one main account and several subaccounts (collectively the "Unibanco Accounts").

14. From 2012 through 2015, the subaccounts consisted of a savings account and an investment account in bonds.

15. In 2014 and 2015, Bicalho added an additional subaccount that invested in insurance policies.

16. From 2012 through 2015, the aggregate amount in the Unibanco Accounts exceeded $10,000.

## COUNT I: COLLECT CIVIL PENALTIES ASSESSED
## PURSUANT TO 31 U.S.C. § 5321(a)(5)

17. The United States incorporates by reference the allegations in paragraphs 1 through 16 above.

18. From 2012 through 2015, Bicalho was a resident of the United States, and was subject to the reporting requirements contained in 31 U.S.C. § 5314 and its implementing regulations.

19. From 2012 through 2015, Bicalho had a financial interest in, signatory authority over, or other authority of the Unibanco Accounts as more fully described in paragraphs 13 through 16 above.

20. The Unibanco Accounts are considered financial accounts in a foreign country for the purposes of 31 U.S.C. §§ 5314 and 5321(a)(5).

21. The Unibanco Accounts had an aggregate balance that exceeded $10,000 from 2012 through 2015.

22. Bicalho failed to timely file FBARs for calendar years 2012 through 2015, despite his obligation to do so.

23. On September 11, 2018, a delegate of the Secretary of the Treasury assessed civil penalties against Bicalho under 31 U.S.C. § 5321(a)(5), as set forth below:

| Year | Assessment Type | Assessment Amount |
|---|---|---|
| 2012 | Non-Willful FBAR Penalty | $10,000 |
| 2013 | Non-Willful FBAR Penalty | $10,000 |
| 2014 | Non-Willful FBAR Penalty | $10,000 |
| 2015 | Non-Willful FBAR Penalty | $10,000 |

24.     A delegate of the Secretary of the Treasury sent notice of the assessments described in paragraph 23 above and demanded payment.

25.     Despite notice and demand for payment, Bicalho has failed to pay the FBAR penalties assessed against him.

26.     Interest and penalties have accrued and will continue to accrue on the penalty assessments described above pursuant to 31 U.S.C. § 3717.

27.     As of September 20, 2019, Bicalho is indebted to the United States in the amount of $42,784.66 plus statutory additions that will continue to accrue thereafter as provided by law.

**WHEREFORE**, the United States of America respectfully requests that the Court:

A.     Enter judgment in favor of the United States and against Bicalho in the amount of $42,784.66 as of September 20, 2019, for the amounts assessed against Bicalho under 31 U.S.C. § 5321(a)(5), plus further interest, penalties, and statutory additions to those amounts accruing after that date until paid in full;

B.     Award to the United States its costs of prosecuting this action; and

C.     Grant such other and further relief as the Court deems just and proper.

Date: September 4, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Catriona M. Coppler*
CATRIONA M. COPPLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-514-5153 (v)
202-514-6866 (f)
Catriona.M.Coppler@usdoj.gov

## DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)

In accordance with Local Civil Rule 101.1(f), the undersigned hereby designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

Chief, Civil Division
United States Attorney's Office
District of New Jersey
402 East State Street, Room 430
Trenton, New Jersey 08608

Date: September 4, 2020

                                              *s/ Catriona M. Coppler*
                                              CATRIONA M. COPPLER
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              202-514-5153 (v)
                                              202-514-6866 (f)
                                              Catriona.M.Coppler@usdoj.gov

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Claudio Marcos Silva Bicalho

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Monmouth County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Catriona Coppler, U.S. Department of Justice, Tax Division, P.O. Box 227, Ben Franklin Station, Washington, D.C. 20044, 202-514-5153

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. § 5321

Brief description of cause:
Suit to reduce to judgment penalties imposed for failure to file Reports of Foreign Bank and Financial Acct. (FBAR)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 42,784.66

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/04/2020

SIGNATURE OF ATTORNEY OF RECORD: s/ Catriona M. Coppler

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:20-cv-12343 |
| Claudio Marcos Silva Bicalho | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    CLAUDIO MARCOS SILVA BICALHO
    297 Hillside Avenue
    Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CATRIONA M. COPPLER
    U.S. Department of Justice, Tax Division
    P.O. Box 227
    Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-12343

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Claudio Marcos Silva Bicalho

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: