UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDIO MARCOS SILVA BICALHO,<br><br>Defendant. | Civil Action No. 20-12343 (MAS) (TJB)<br><br>ORDER |

This matter comes before the Court upon Plaintiff the United States of America's ("the Government") unopposed Motion for Default Judgment against Defendant Claudio Marcos Silva Bicalho ("Defendant"). (ECF No. 8.) Defendant did not file opposition or otherwise appear in this matter. The Court has carefully considered the Government's submission and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 24th day of August 2021, **ORDERED** that:

1. The Government's Motion for Default Judgment (ECF No. 8) is **GRANTED**.

2. The Government shall submit a proposed form of judgment by **September 10, 2021.**

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**
